

# Your New Benefit Amount

BENEFICIARY'S NAME: ABRAHAM FLEMMING JR

Your Social Security benefit will increase by **1.3%** in 2021 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| **How Much You Will Get** | |
|---|---:|
| Your monthly benefit before deductions | $2,019.50 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 19, 2020 or if someone else pays your premium, we show $0.00) | $148.50 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2021. If you did not elect withholding as of November 1, 2020, we show $0.00) | $0.00 |
| U.S. Federal tax withholding | $0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 19, 2020, we show $0.00) | $0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2020 on or about December 31, 2020. | $1,871.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* or call their Electronic Payment Solution Center at **1-800-333-1795.** If outside the United States, please call **1-214-254-3113.**

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. The fastest and easiest way to file an appeal is to visit *www.ssa.gov/benefits/disability/appeal.html* online.

# Earnings Statement

**ADP**

COMMANDER NURSING CENTER
4438 PAMPLICO HWY
FLORENCE, SC 29505

Period Beginning:  11/08/2020
Period Ending:     11/21/2020
Pay Date:          11/25/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  1
   SC:       1

**ANNETTE N FLEMMING**
**524 MEDFORD LN**
**FLORENCE SC 29505**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 13.0000 | 77.60 | 1,008.80 | 22,811.23 |
| Overtime | 19.5000 |  5.13 |   100.04 |    908.73 |
| TEMP 19  |         |       |   154.71 |  2,284.19 |
| Pto      |         |       |          |  1,347.45 |
| **Gross Pay** | | | **$1,263.55** | 27,499.41 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.60 | 2,028.74 |
| | Social Security Tax | -74.70 | 1,617.56 |
| | Medicare Tax | -17.47 | 378.30 |
| | SC State Income Tax | -52.59 | 1,072.55 |
| | **Other** | | |
| | Insurance-Pretx | -56.82* | 1,363.68 |
| | Life Insur-Prtx | -1.92* | 46.08 |
| | VISION | -4.15 | 99.60 |
| | **Net Pay** | **$956.30** | |
| | Checking 1 | -956.30 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,204.81

© 2000 ADP, LLC

COMMANDER NURSING CENTER
4438 PAMPLICO HWY
FLORENCE, SC 29505

**Advice number:** 00000480026
**Pay date:** 11/25/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ANNETTE N FLEMMING** | xxxxxxxx4799 | xxxx xxxx | $956.30 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COMMANDER NURSING CENTER
4438 PAMPLICO HWY
FLORENCE, SC 29505

Period Beginning:   11/22/2020
Period Ending:      12/05/2020
Pay Date:           12/10/2020

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   1
    SC:        1

**ANNETTE N FLEMMING**
**524 MEDFORD LN**
**FLORENCE SC 29505**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 74.65 | 970.45 | 23,781.68 |
| TEMP 19 |  |  | 139.60 | 2,423.79 |
| Overtime |  |  |  | 908.73 |
| Pto |  |  |  | 1,347.45 |
| **Gross Pay** |  |  | **$1,110.05** | 28,609.46 |

**Important Notes**
BASIS OF PAY: HOURLY

| **Deductions** | **Statutory** |  |  |
|---|---|---|---|
|  | Federal Income Tax | -81.18 | 2,109.92 |
|  | Social Security Tax | -65.18 | 1,682.74 |
|  | Medicare Tax | -15.24 | 393.54 |
|  | SC State Income Tax | -42.92 | 1,115.47 |
|  | **Other** |  |  |
|  | Insurance-Pretx | -56.82* | 1,420.50 |
|  | Life Insur-Prtx | -1.92* | 48.00 |
|  | VISION | -4.15 | 103.75 |
|  | **Net Pay** | **$842.64** |  |
|  | Checking 1 | -842.64 |  |
|  | **Net Check** | **$0.00** |  |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,051.31

© 2000 ADP, LLC

COMMANDER NURSING CENTER
4438 PAMPLICO HWY
FLORENCE, SC 29505

Advice number:   00000500020
Pay date:        12/10/2020



**Deposited to the account of**
**ANNETTE N FLEMMING**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx4799 | xxxx xxxx | $842.64 |

**NON-NEGOTIABLE**

# Earnings Statement 

COMMANDER NURSING CENTER  
4438 PAMPLICO HWY  
FLORENCE, SC 29505

Period Beginning: 12/06/2020  
Period Ending: 12/19/2020  
Pay Date: 12/24/2020

Taxable Marital Status: Single  
Exemptions/Allowances:  
    Federal: 1  
    SC: 1

**ANNETTE N FLEMMING**  
**524 MEDFORD LN**  
**FLORENCE SC 29505**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1,040.00 | 24,821.68 |
| Overtime | 19.5000 | 8.48 | 165.36 | 1,074.09 |
| Bonus | | | 884.80 | 884.80 |
| TEMP 19 | | | 165.46 | 2,589.25 |
| Pto | | | | 1,347.45 |
| **Gross Pay** | | | **$2,255.62** | 30,865.08 |

**Important Notes**  
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -252.86 | 2,362.78 |
| | Social Security Tax | -136.21 | 1,818.95 |
| | Medicare Tax | -31.86 | 425.40 |
| | SC State Income Tax | -120.19 | 1,235.66 |
| | **Other** | | |
| | Insurance-Pretx | -56.82* | 1,477.32 |
| | Life Insur-Prtx | -1.92* | 49.92 |
| | VISION | -4.15 | 107.90 |
| | **Net Pay** | **$1,651.61** | |
| | Checking 1 | -1,651.61 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,196.88

© 2000 ADP, LLC

---

COMMANDER NURSING CENTER  
4438 PAMPLICO HWY  
FLORENCE, SC 29505

Advice number: 00000520020  
Pay date: 12/24/2020



**Deposited to the account of** | account number | transit ABA | amount
**ANNETTE N FLEMMING** | xxxxxxxx4799 | xxxx xxxx | $1,651.61

**NON-NEGOTIABLE**

EYT   001343   300662                 0000010019

# Earnings Statement

**ADP**

COMMANDER NURSING CENTER
4438 PAMPLICO HWY
FLORENCE, SC 29505

Period Beginning: 12/20/2020
Period Ending: 01/02/2021
Pay Date: 01/07/2021

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   SC: 1

**ANNETTE N FLEMMING**
**524 MEDFORD LN**
**FLORENCE SC 29505**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 69.83 | 907.79 | 907.79 |
| Overtime | 19.5000 | 11.07 | 215.87 | 215.87 |
| Bonus | | | 943.80 | 943.80 |
| TEMP 19 | | | 151.28 | 151.28 |
| Worked Holiday | 13.0000 | 13.48 | 262.86 | |
| **Gross Pay** | | | **$2,481.60** | 2,481.60 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -299.70 | 299.70 |
| | Social Security Tax | -150.22 | 150.22 |
| | Medicare Tax | -35.13 | 35.13 |
| | SC State Income Tax | -133.31 | 133.31 |
| | **Other** | | |
| | Insurance-Pretx | -56.82* | 56.82 |
| | Life Insur-Prtx | -1.92* | 1.92 |
| | VISION | -4.15 | 4.15 |
| | **Net Pay** | **$1,800.35** | |
| | Checking 1 | -1,800.35 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,422.86

© 2000 ADP, LLC

COMMANDER NURSING CENTER
4438 PAMPLICO HWY
FLORENCE, SC 29505

**Advice number:** 00000010019
Pay date: 01/07/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ANNETTE N FLEMMING** | xxxxxxxx4799 | xxxx xxxx | $1,800.35 |

**NON-NEGOTIABLE**